# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Rasheedah Naima Morgan a/k/a Rasheedah N Morgan, a/k/a Rasheedah N. Justice-Morgan | CHAPTER 13 |
| Debtor(s) | BKY. NO. 23-13438 PMM |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Michael Farrington
Michael Farrington
17 Nov 2023, 15:29:57, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322