| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 120 |
|---|---|---|---|---|---|
| KAE | 529292 | 251 | | 0000454707 | 1 |

# Earnings Statement

**ADP**

AMERIHEALTH CARITAS SERVICES, LLC
200 STEVENS DRIVE, SUITE 350
PHILADELPHIA, PA 19113
PHONE NUMBER: 855-447-0048

Period Beginning: 10/21/2023
Period Ending: 11/03/2023
Pay Date: 11/10/2023

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 5

RASHEEDAH N MORGAN
739 GRANT ROAD
FOLCROFT PA 19032

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.4962 | 79.75 | 1,953.57 | 39,192.35 |
| Pto | 24.4962 | .25 | 6.12 | 3,966.47 |
| Overtime | | | | 55.12 |
| Ebip | | | | 2,235.95 |
| Holiday | | | | 1,544.92 |
| **Gross Pay** | | | **$1,959.69** | 46,994.81 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,833.53

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -88.10 | 2,344.70 |
| | Social Security Tax | -116.11 | 2,789.70 |
| | Medicare Tax | -27.15 | 652.43 |
| | PA State Income Tax | -57.49 | 1,381.30 |
| | Folcroft Bor Income Tax | -18.73 | 450.00 |
| | Folcroft Bor Local Svc Tax | -2.00 | 22.00 |
| | PA SUI Tax | -1.38 | 32.90 |
| Other | | | |
| | Opt Life Dep | -1.38 | 31.74 |
| | Opt Life Ee | -0.88 | 20.24 |
| | PPO Value | -63.57* | 1,462.11 |
| | Ucciplatinum | -23.40* | 538.20 |
| | 401k | -39.19* | 1,958.17 |
| | 401k Loan 1 | -41.00 | 943.00 |
| **Net Pay** | | | **$1,479.31** |
| | Savings Acct | -1,281.31 | |
| | Savings Acct | -198.00 | |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er 3% Non-Elect | 58.79 | 1,409.85 |
| Group Term Life | 0.05 | 0.70 |
| 401K Er Match | 39.19 | 1,449.05 |
| Totl Hrs Worked | 79.75 | |
| Pto Balance | | 53.00 |
| Ytd O/T Hours | | 1.50 |
| Ytd Reg Hours | | 1,613.50 |

© 2000 ADP, Inc.

AMERIHEALTH CARITAS SERVICES, LLC
200 STEVENS DRIVE, SUITE 350
PHILADELPHIA, PA 19113
PHONE NUMBER: 855-447-0048

Advice number: 00000454707
Pay date: 11/10/2023



THIS IS NOT A CHECK

Deposited to the account of
RASHEEDAH N MORGAN

| account number | transit ABA | amount |
|---|---|---|
| xxxxx1201 | xxxx xxxx | $1,281.31 |
| xxxxx6201 | xxxx xxxx | $198.00 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|
| PYG | 001987 | 000017 | | 0000450479 | 1 |

# Earnings Statement 

YOUNG MENS CHRISTIAN ASSOCIATION OF DELAWARE COUNTY
2104 GARRETT ROAD
LANSDOWNE, PA 19050

Period Beginning: 10/23/2023
Period Ending: 11/05/2023
Pay Date: 11/10/2023

Filing Status: Head of household
Exemptions/Allowances:
   Federal: Optional Higher Withholding Table

RASHEEDAH NAIMA MORGAN
739 GRANT ROAD
FOLCROFT PA 19032

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 31.17 | 374.04 | 6,074.91 |
| Gross Pay | | | $374.04 | 6,074.91 |

**Deductions   Statutory**

| | this period | year to date |
|---|---|---|
| Social Security Tax | -23.19 | 376.64 |
| Medicare Tax | -5.43 | 88.09 |
| PA State Income Tax | -11.48 | 186.49 |
| Folcroft Bor Income Tax | -3.74 | 60.75 |
| Ridley Twp Local Svc Tax | -2.00 | 46.00 |
| PA SUI Tax | -0.26 | 4.25 |
| Net Pay | $327.94 | |
| CHECKING | -327.94 | |
| Net Check | $0.00 | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 31.17 | |

**Important Notes**
COMPANY PH#:(610) 557-9622

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
   PA:            Single
Exemptions/Allowances:
   PA:            0

Your federal taxable wages this period are $374.04

---

YOUNG MENS CHRISTIAN ASSOCIATION OF DELAWARE COUNTY
2104 GARRETT ROAD
LANSDOWNE, PA 19050

Advice number: 00000450479
Pay date: 11/10/2023



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| RASHEEDAH NAIMA MORGAN | xxxxxx3178 | xxxx xxxx | $327.94 |



**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|
| PYG | 001967 | 000017 | | 0000470489 | 1 |

# Earnings Statement



YOUNG MENS CHRISTIAN ASSOCIATION OF DELAWARE
COUNTY
2104 GARRETT ROAD
LANSDOWNE, PA 19050

Period Beginning: 11/06/2023
Period Ending: 11/19/2023
Pay Date: 11/24/2023

RASHEEDAH NAIMA MORGAN
739 GRANT ROAD
FOLCROFT PA 19032

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Optional Higher Withholding Table

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 31.72 | 380.64 | 6,455.55 |
| **Gross Pay** | | | **$380.64** | 6,455.55 |

**Deductions    Statutory**

| | this period | year to date |
|---|---|---|
| Social Security Tax | -23.60 | 400.24 |
| Medicare Tax | -5.52 | 93.61 |
| PA State Income Tax | -11.69 | 198.18 |
| Folcroft Bor Income Tax | -3.81 | 64.56 |
| Ridley Twp Local Svc Tax | -2.00 | 48.00 |
| PA SUI Tax | -0.27 | 4.52 |
| **Net Pay** | **$333.75** | |
| CHECKING | -333.75 | |
| **Net Check** | **$0.00** | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 31.72 | |

**Important Notes**
COMPANY PH#:(610) 557-9622

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Single
Exemptions/Allowances:
  PA: 0

Your federal taxable wages this period are $380.64

---

YOUNG MENS CHRISTIAN ASSOCIATION OF DELAWARE
COUNTY
2104 GARRETT ROAD
LANSDOWNE, PA 19050

Advice number: 00000470489
Pay date: 11/24/2023

Deposited to the account of
RASHEEDAH NAIMA MORGAN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3178 | xxxx xxxx | $333.75 |



**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 | | |
|---|---|---|---|---|---|---|---|
| PYG | 001967 | 000017 | | 0000490495 | 1 | | |

**Earnings Statement**

ADP

YOUNG MENS CHRISTIAN ASSOCIATION OF DELAWARE COUNTY
2104 GARRETT ROAD
LANSDOWNE, PA 19050

Period Beginning: 11/20/2023
Period Ending: 12/03/2023
Pay Date: 12/08/2023

RASHEEDAH NAIMA MORGAN
739 GRANT ROAD
FOLCROFT PA 19032

Filing Status: Head of household
Exemptions/Allowances:
Federal: Optional Higher Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 25.10 | 301.20 | 6,756.75 |
| **Gross Pay** | | | **$301.20** | 6,756.75 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -18.68 | 418.92 |
| | Medicare Tax | -4.36 | 97.97 |
| | PA State Income Tax | -9.25 | 207.43 |
| | Folcroft Bor Income Tax | -3.01 | 67.57 |
| | Ridley Twp Local Svc Tax | -2.00 | 50.00 |
| | PA SUI Tax | -0.21 | 4.73 |
| **Net Pay** | | **$263.69** | |
| CHECKING | | -263.69 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 25.10 | |

**Important Notes**
COMPANY PH#:(610) 557-9622

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
PA: Single
Exemptions/Allowances:
PA: 0

Your federal taxable wages this period are $301.20

---

YOUNG MENS CHRISTIAN ASSOCIATION OF DELAWARE COUNTY
2104 GARRETT ROAD
LANSDOWNE, PA 19050

Advice number: 00000490495
Pay date: 12/08/2023

Deposited to the account of
RASHEEDAH NAIMA MORGAN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3178 | xxxx xxxx | $263.69 |



THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|
| PYG | 001967 | 000017 | | 0000510503 | 1 |

# Earnings Statement

**ADP**

YOUNG MENS CHRISTIAN ASSOCIATION OF DELAWARE COUNTY
2104 GARRETT ROAD
LANSDOWNE, PA 19050

Period Beginning: 12/04/2023
Period Ending: 12/17/2023
Pay Date: 12/22/2023

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Optional Higher Withholding Table

RASHEEDAH NAIMA MORGAN
739 GRANT ROAD
FOLCROFT PA 19032

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.0000 | 27.93 | 335.16 | 7,091.91 |
| **Gross Pay** | | | **$335.16** | 7,091.91 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -20.78 | 439.70 |
| | Medicare Tax | -4.86 | 102.83 |
| | PA State Income Tax | -10.29 | 217.72 |
| | Folcroft Bor Income Tax | -3.35 | 70.92 |
| | Ridley Twp Local Svc Tax | -2.00 | 52.00 |
| | PA SUI Tax | -0.23 | 4.96 |
| **Net Pay** | | | **$293.65** |
| | CHECKING | -293.65 | |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 27.93 | |

**Important Notes**
COMPANY PH#:(610) 557-9622

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA: Single
Exemptions/Allowances:
  PA: 0

Your federal taxable wages this period are $335.16

---

YOUNG MENS CHRISTIAN ASSOCIATION OF DELAWARE COUNTY
2104 GARRETT ROAD
LANSDOWNE, PA 19050

Advice number: 00000510503
Pay date: 12/22/2023

Deposited to the account of: RASHEEDAH NAIMA MORGAN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3178 | xxxx xxxx | $293.65 |



**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 120 |
|---|---|---|---|---|---|
| KAE | 529292 | 251 | | 0000474495 | 1 |

# Earnings Statement

**ADP**

AMERIHEALTH CARITAS SERVICES, LLC
200 STEVENS DRIVE, SUITE 350
PHILADELPHIA, PA 19113
PHONE NUMBER: 855-447-0048

Period Beginning: 11/04/2023
Period Ending: 11/17/2023
Pay Date: 11/24/2023

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 5

RASHEEDAH N MORGAN
739 GRANT ROAD
FOLCROFT PA 19032

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.4962 | 63.75 | 1,561.63 | 40,753.98 |
| Pto | 24.4962 | 16.25 | 398.06 | 4,364.53 |
| Overtime | | | | 55.12 |
| Ebip | | | | 2,235.95 |
| Holiday | | | | 1,544.92 |
| **Gross Pay** | | | **$1,959.69** | 48,954.50 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,853.12

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -90.45 | 2,435.15 |
| | Social Security Tax | -116.11 | 2,905.81 |
| | Medicare Tax | -27.16 | 679.59 |
| | PA State Income Tax | -57.49 | 1,438.79 |
| | Folcroft Bor Income Tax | -18.73 | 468.73 |
| | Folcroft Bor Local Svc Tax | -2.00 | 24.00 |
| | PA SUI Tax | -1.37 | 34.27 |
| Other | | | |
| | Opt Life Dep | -1.38 | 33.12 |
| | Opt Life Ee | -0.88 | 21.12 |
| | PPO Value | -63.57* | 1,525.68 |
| | Ucciplatinum | -23.40* | 561.60 |
| | 401k | -19.60* | 1,977.77 |
| | 401k Loan 1 | -41.00 | 984.00 |
| **Net Pay** | | | **$1,496.55** |
| | Savings Acct | -1,298.55 | |
| | Savings Acct | -198.00 | |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er 3% Non-Elect | 58.79 | 1,468.64 |
| Group Term Life | 0.05 | 0.75 |
| 401K Er Match | 19.60 | 1,468.65 |
| Totl Hrs Worked | 63.75 | |
| Pto Balance | | 36.75 |
| Ytd O/T Hours | | 1.50 |
| Ytd Reg Hours | | 1,677.25 |

© 2000 ADP, Inc.

AMERIHEALTH CARITAS SERVICES, LLC
200 STEVENS DRIVE, SUITE 350
PHILADELPHIA, PA 19113
PHONE NUMBER: 855-447-0048

Advice number: 00000474495
Pay date: 11/24/2023

Deposited to the account of
RASHEEDAH N MORGAN

| account number | transit ABA | amount |
|---|---|---|
| xxxxx1201 | xxxx xxxx | $1,298.55 |
| xxxxxx9586 | xxxx xxxx | $198.00 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 120 |
|---|---|---|---|---|---|
| KAE | 529292 | 251 | | 0000494463 | 1 |

# Earnings Statement



AMERIHEALTH CARITAS SERVICES, LLC
200 STEVENS DRIVE, SUITE 350
PHILADELPHIA, PA 19113
PHONE NUMBER: 855-447-0048

Period Beginning: 11/18/2023
Period Ending: 12/01/2023
Pay Date: 12/08/2023

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 5

RASHEEDAH N MORGAN
739 GRANT ROAD
FOLCROFT PA 19032

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.4962 | 61.50 | 1,506.52 | 42,260.50 |
| Holiday | 24.4962 | 16.00 | 391.94 | 1,936.86 |
| Pto | 24.4962 | 2.50 | 61.24 | 4,425.77 |
| Overtime | | | | 55.12 |
| Ebip | | | | 2,235.95 |
| **Gross Pay** | | | **$1,959.70** | 50,914.20 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,853.13

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -90.45 | 2,525.60 |
| | Social Security Tax | -116.12 | 3,021.93 |
| | Medicare Tax | -27.15 | 706.74 |
| | PA State Income Tax | -57.49 | 1,496.28 |
| | Folcroft Bor Income Tax | -18.73 | 487.46 |
| | Folcroft Bor Local Svc Tax | -2.00 | 26.00 |
| | PA SUI Tax | -1.37 | 35.64 |
| Other | | | |
| | Opt Life Dep | -1.38 | 34.50 |
| | Opt Life Ee | -0.88 | 22.00 |
| | PPO Value | -63.57* | 1,589.25 |
| | Ucciplatinum | -23.40* | 585.00 |
| | 401k | -19.60* | 1,997.37 |
| | 401k Loan 1 | -41.00 | 1,025.00 |
| **Net Pay** | | **$1,496.56** | |
| | Savings Acct | -1,298.56 | |
| | Savings Acct | -198.00 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er 3% Non-Elect | 58.79 | 1,527.43 |
| Group Term Life | 0.05 | 0.80 |
| 401K Er Match | 19.60 | 1,488.25 |
| Totl Hrs Worked | 61.50 | |
| Pto Balance | | 34.25 |
| Ytd O/T Hours | | 1.50 |
| Ytd Reg Hours | | 1,738.75 |

© 2000 ADP, Inc

---

AMERIHEALTH CARITAS SERVICES, LLC
200 STEVENS DRIVE, SUITE 350
PHILADELPHIA, PA 19113
PHONE NUMBER: 855-447-0048

Advice number: 00000494463
Pay date: 12/08/2023



Deposited to the account of
RASHEEDAH N MORGAN

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxx1201 | xxxx xxxx | $1,298.56 |
| | xxxxxx9586 | xxxx xxxx | $198.00 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 120 |
|---|---|---|---|---|---|
| KAE | 529292 | 251 | | 0000514418 | 1 |

# Earnings Statement

ADP

AMERIHEALTH CARITAS SERVICES, LLC
200 STEVENS DRIVE, SUITE 350
PHILADELPHIA, PA 19113
PHONE NUMBER: 855-447-0048

Period Beginning: 12/02/2023
Period Ending: 12/15/2023
Pay Date: 12/22/2023

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 5

RASHEEDAH N MORGAN
739 GRANT ROAD
FOLCROFT PA 19032

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.4962 | 64.00 | 1,567.76 | 43,828.26 |
| Pto | 24.4962 | 16.00 | 391.94 | 4,817.71 |
| Overtime | | | | 55.12 |
| Ebip | | | | 2,235.95 |
| Holiday | | | | 1,936.86 |
| **Gross Pay** | | | **$1,959.70** | 52,873.90 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,853.13

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -90.45 | 2,616.05 |
| | Social Security Tax | -116.11 | 3,138.04 |
| | Medicare Tax | -27.16 | 733.90 |
| | PA State Income Tax | -57.49 | 1,553.77 |
| | Folcroft Bor Income Tax | -18.73 | 506.19 |
| | Folcroft Bor Local Svc Tax | -2.00 | 28.00 |
| | PA SUI Tax | -1.37 | 37.01 |
| Other | | | |
| | Opt Life Dep | -1.38 | 35.88 |
| | Opt Life Ee | -0.88 | 22.88 |
| | PPO Value | -63.57* | 1,652.82 |
| | Ucciplatinum | -23.40* | 608.40 |
| | 401k | -19.60* | 2,016.97 |
| | 401k Loan 1 | -41.00 | 1,066.00 |
| **Net Pay** | | **$1,496.56** | |
| | Savings Acct | -1,298.56 | |
| | Savings Acct | -198.00 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er 3% Non-Elect | 58.79 | 1,586.22 |
| Group Term Life | 0.05 | 0.85 |
| 401K Er Match | 19.60 | 1,507.85 |
| Totl Hrs Worked | 64.00 | |
| Pto Balance | | 18.25 |
| Ytd O/T Hours | | 1.50 |
| Ytd Reg Hours | | 1,802.75 |

© 2000 ADP, Inc.

---

AMERIHEALTH CARITAS SERVICES, LLC
200 STEVENS DRIVE, SUITE 350
PHILADELPHIA, PA 19113
PHONE NUMBER: 855-447-0048

Advice number: 00000514418
Pay date: 12/22/2023

Deposited to the account of
RASHEEDAH N MORGAN

| account number | transit ABA | amount |
|---|---|---|
| xxxxx1201 | xxxx xxxx | $1,298.56 |
| xxxxxx9586 | xxxx xxxx | $198.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

```
CO.    FILE    DEPT.    CLOCK    VCHR. NO.   120
KAE    529292  251               0000014369    1
```

# Earnings Statement

**ADP**

AMERIHEALTH CARITAS SERVICES, LLC
200 STEVENS DRIVE, SUITE 350
PHILADELPHIA, PA 19113
PHONE NUMBER: 855-447-0048

Period Beginning: 12/16/2023
Period Ending: 12/29/2023
Pay Date: 01/05/2024

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 5

RASHEEDAH N MORGAN
739 GRANT ROAD
FOLCROFT PA 19032

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.4962 | 63.00 | 1,543.26 | 1,543.26 |
| Holiday | 24.4962 | 16.00 | 391.94 | 391.94 |
| Pto | 24.4962 | 1.00 | 24.50 | 24.50 |
| **Gross Pay** | | | **$1,959.70** | 1,959.70 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,873.11

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -88.93 | 88.93 |
| Social Security Tax | | -117.35 | 117.35 |
| Medicare Tax | | -27.45 | 27.45 |
| PA State Income Tax | | -58.11 | 58.11 |
| Folcroft Bor Income Tax | | -18.93 | 18.93 |
| Folcroft Bor Local Svc Tax | | -2.00 | 2.00 |
| PA SUI Tax | | -1.37 | 1.37 |
| **Other** | | | |
| Hdhp | | -18.59* | 18.59 |
| Hsa | | -25.00* | 25.00 |
| Opt Life Dep | | -0.46 | 0.46 |
| Opt Life Ee | | -0.44 | 0.44 |
| Ucciplatinum | | -23.40* | 23.40 |
| 401k | | -19.60* | 19.60 |
| 401k Loan 1 | | -41.00 | 41.00 |
| **Net Pay** | | **$1,517.07** | |
| Savings Acct | | -1,319.07 | |
| Savings Acct | | -198.00 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er 3% Non-Elect | 58.79 | 58.79 |
| Group Term Life | 0.07 | 0.07 |
| 401K Er Match | 19.60 | 19.60 |
| Totl Hrs Worked | 63.00 | |
| Pto Balance | | 17.25 |
| Ytd Reg Hours | | 63.00 |

---

AMERIHEALTH CARITAS SERVICES, LLC
200 STEVENS DRIVE, SUITE 350
PHILADELPHIA, PA 19113
PHONE NUMBER: 855-447-0048

Advice number: 00000014369
Pay date: 01/05/2024

Deposited to the account of
RASHEEDAH N MORGAN

| account number | transit ABA | amount |
|---|---|---|
| xxxxx1201 | xxxx xxxx | $1,319.07 |
| xxxxxx9586 | xxxx xxxx | $198.00 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**