## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Rasheedah Naima Morgan a/k/a Rasheedah N Morgan, a/k/a Rasheedah N. Justice-Morgan<br>　　　　　　　　Debtor | CHAPTER 13 |
| PENNYMAC LOAN SERVICES, LLC, its successors and/or assignees<br>　　　　　　　　Movant<br>　　vs. | NO. 23-13438 PMM |
| Rasheedah Naima Morgan a/k/a Rasheedah N Morgan, a/k/a Rasheedah N. Justice-Morgan<br>　　　　　　　　Debtor | |
| Kenneth E. West<br>　　　　　　　　Trustee | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PENNYMAC LOAN SERVICES, LLC, which was filed with the Court on or about December 29, 2023.

Dated: January 29, 2024

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/Denise Carlon
　　　　　　　　　　　　　　　　　　　Denise Carlon, Esq.
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　Phone: (215) 627-1322
　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com