IN THE UNITED STATES BANKRUPTCY COURT

FOR EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Case No: 23-13438-pmm |
| Rasheedah Naima Morgan, | Chapter 13 |
| Debtors(s) | |

## CERTIFICATION OF NO RESPONSE
## REGARDING DOCKET NO. 17

The undersigned hereby certifies that as of the date hereof, he has received no answer, objection or other responsive pleading to the Application for Compensation and Reimbursement of Expenses.  The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application for Compensation and Reimbursement of Expenses appears thereon.  Counsel for Debtor certifies that the Application is unopposed and that the Order can be signed granting the requested relief.

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

GELLERT SCALI BUSENKELL & BROWN, LLC

Dated: 2/29/2024          By:  /s/Michael A. Cataldo
                               MICHAEL A. CATALDO (PA 49431)
                               1628 John F. Kennedy Blvd. Suite 1901
                               Philadelphia, PA 19103
                               Telephone: (215) 238-0010
                               Facsimile: (215) 238-0016
                               mcataldo@gsbblaw.com

                               *Counsel for the Debtor*