United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-13438-pmm

Rasheedah Naima Morgan  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 12, 2024 | Form ID: 155 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rasheedah Naima Morgan, 739 Grant Rd., Folcroft, PA 19032-1711 |
| 14830540 | + | Meridian Bank, 9 Old Lincoln Hwy, Malvern, PA 19355-2551 |
| 14830541 | + | Michael J. Dougherty, Esquire, Weltman Weinberg & Reis, 520 Walnut Street, Suite 1355, Philadelphia, PA 19106-3602 |
| 14832640 | + | Pennymac Loan Services LLC, c/o Michael Farrington, Esq., 701 Market St., Ste 5000, Phila., PA 19106-1541 |
| 14831307 | + | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107-3126 |
| 14831768 | + | U.S. Department of Housing and Urban Development, 2000 N Classen Blvd, Suite 3200, Oklahoma City, OK 73106-6034 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14830527 | + | Email/Text: bky@americanprofit.net | Mar 13 2024 00:23:00 | American Profit Recovery, 34505 W 12 Mile Road, Suite 333, Farmington, MI 48331-3288 |
| 14847617 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2024 00:33:05 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14830528 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 13 2024 00:33:03 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14839105 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 13 2024 00:33:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14839234 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 13 2024 00:33:02 | Capital One N.A. by American InfoSource as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14830530 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2024 00:32:59 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14846849 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2024 00:32:59 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14830531 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2024 00:33:09 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14830532 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2024 00:33:05 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14830533 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 13 2024 00:23:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14830536 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2024 00:33:00 | Dsnb Bloomingdales, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14830534 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 13 2024 00:23:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14833817 | | Email/Text: mrdiscen@discover.com | | |

Case 23-13438-pmm   Doc 22   Filed 03/14/24   Entered 03/15/24 00:37:09   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 12, 2024 | Form ID: 155 | Total Noticed: 38 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14830535 | + | Email/Text: mrdiscen@discover.com | Mar 13 2024 00:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14830537 | | Email/Text: operationsclerk@easypayfinance.com | Mar 13 2024 00:23:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14830538 | + | Email/Text: bankruptcy@firstelectronic.com | Mar 13 2024 00:23:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy, Po Box 2549, Carlsbad, CA 92018 |
| 14845171 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 13 2024 00:23:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 14830529 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 13 2024 00:23:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14830539 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 13 2024 00:33:10 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14830542 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 13 2024 00:23:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14835755 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 13 2024 00:23:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14832433 | ^ | MEBN | Mar 13 2024 00:23:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14846016 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 13 2024 00:22:38 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14830543 | + | Email/PDF: ebnotices@pnmac.com | Mar 13 2024 00:33:09 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14843462 | + | Email/PDF: ebnotices@pnmac.com | Mar 13 2024 00:33:03 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14830544 | + | Email/Text: bankruptcy1@pffcu.org | Mar 13 2024 00:32:59 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14834560 | + | Email/Text: bankruptcy1@pffcu.org | Mar 13 2024 00:23:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14830545 | ^ | MEBN | Mar 13 2024 00:23:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14830546 | | Email/Text: bankruptcy@snapfinance.com | Mar 13 2024 00:22:43 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 220, Liverpool, NY 13088-0220 |
| 14830547 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2024 00:23:00 | Snap Finance, PO Box 26561, Salt Lake City, UT 84126 |
| 14830548 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2024 00:33:03 | Syncb/Car Care Bruneel, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14838132 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 13 2024 00:33:10 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| | | | Mar 13 2024 00:23:00 | U.S. DEPARTMENT OF EDUCATION C/O NELNET, 121 S 13TH ST, LINCOLN, NE 68508-1904 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 12, 2024 | Form ID: 155 | Total Noticed: 38 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CATALDO | on behalf of Debtor Rasheedah Naima Morgan mcataldo@gsbblaw.com bkdocs@gsbblaw.com;cataldo.michaelr112072@notify.bestcase.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Rasheedah Naima Morgan  )  Case No. 23−13438−pmm
   aka Rasheedah N Morgan  )
   aka Rasheedah N. Justice−Morgan  )
   )  Chapter: 13
   Debtor(s).  )
   )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: March 12, 2024                                                       For The Court

                                                                              Patricia M. Mayer
                                                                              Judge, United States Bankruptcy Court