**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Rasheedah Naima Morgan, | : | Bankruptcy No: 23-13438 pmm |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

AND NOW, this  19th  day of  March , 20 24 , upon consideration of the Application for Compensation, it is

ORDERED that compensation of $5,500.00 is allowed and the balance due to counsel in the amount of $4,500.00 shall be disbursed by the Trustee to the extent provided for in the confirmed plan. Counsel received $1,000.00 prior to the filing.

Dated: 3/19/24

BY THE COURT

_Patricia M. Mayer_
PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE