IN THE UNITED STATES BANKRUPTCY COURT

FOR EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Case No: 23-13438 pmm |
|---|---|
| Rasheedah Naima Morgan<br>Debtor(s). | Chapter 13 |

**CERTIFICATION OF NO RESPONSE**
**REGARDING DOCKET NO. 26**

The undersigned hereby certifies that as of the date hereof, he has received no answer, objection or other responsive pleading to the Motion For An Order Approval Partial Claim Of Debtor's Mortgage.  The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon.

Counsel for Debtor certifies that the Motion is unopposed and that the Order can be signed granting the requested relief.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

                                        GELLERT SEITZ BUSENKELL & BROWN, LLC

Dated: 6/12/2024                  By:  /s/Michael A. Cataldo
                                                  Michael A. Cataldo, Esquire
                                                  901 Market Street
                                                  Suite 3020
                                                  Philadelphia, PA 19107
                                                  215-238-0015
                                                  mcataldo@gsbblaw.com

                                                  *Counsel for the Debtor*