**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Rasheedah Naima Morgan              Chapter 13: 23-13438pmm

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

**TO ENTER INTO A LOAN MODIFICATION**

On **June 14, 2024**, the Motion (the "Motion") of Debtor where the Debtor has come to the Court seeking an Order approving the terms of a loan modification agreement which modifies the Mortgage of PennyMac on the debtor's real property located at 739 Grant Rd., Folcroft, Pa 19032 (the "premises"),There having been sufficient notice and no opposition and with good cause appearing thereto, it is hereby

**ORDERED** that the Debtor is authorized to enter into the Loan Modification Agreement and Mortgage annexed hereto as Exhibits A and B; and it is further

**ORDERED** that the obligations due to Movant pursuant to the Note are secured by a duly perfected lien and the Mortgage upon the Premises as evidenced by a duly recorded Mortgage, which lien and security interest is valid and remains in full force and effect, and the modification authorized by the Court shall not modify the priority of the Mortgage as originally filed; and it is further

**ORDERED** that the terms of the Note and Mortgage are not amended other than as detailed in the Loan Modification Agreement; and it is further

**ORDERED** that nothing in the Order shall be understood or construed to be satisfaction or release in whole or in part of the Note and Mortgage; and it is further

**ORDERED** that this Court shall retain jurisdiction over any dispute arising from or in connection with this Order.

BY THE COURT:

*Patricia M. Mayer*
_____

**Date: June 14, 2024**

Patricia M. Mayer
U.S. Bankruptcy Judge