IN THE UNITED STATES BANKRUPTCY COURT

FOR EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>Rasheedah Naima Morgan,<br><br>Debtor(s). | Case No: 23-13438 pmm<br>Chapter 13 |

**CERTIFICATION OF NO RESPONSE**
**REGARDING DOCKET NO. 33**

The undersigned hereby certifies that as of the date hereof, he has received no answer, objection or other responsive pleading to the First Motion to Modify Plan. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the First Motion to Modify Plan appears thereon.

Counsel for Debtor certifies that the Motion is unopposed and that the Order can be signed granting the requested relief.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

GELLERT SEITZ BUSENKELL & BROWN, LLC

Dated: 8/30/2024      By: /s/Michael A. Cataldo
　　　　　　　　　　　　　Michael A. Cataldo, Esquire
　　　　　　　　　　　　　Gellert, Seitz, Busenkell & Brown, LLC
　　　　　　　　　　　　　901 Market Street.
　　　　　　　　　　　　　Suite 3020, 3rd Floor
　　　　　　　　　　　　　Philadelphia, PA 19107
　　　　　　　　　　　　　215-238-0015
　　　　　　　　　　　　　mcataldo@gsbblaw.com

　　　　　　　　　　　　　*Counsel for the Debtor*