IN THE UNITED STATES BANKRUPTCY COURT

FOR EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Case No: 23-13438 pmm |
|---|---|
| Rasheedah Naima Morgan<br>Debtor(s). | Chapter 13 |

**CERTIFICATION OF NO RESPONSE**
**REGARDING DOCKET NO. 35**

The undersigned hereby certifies that as of the date hereof, he has received no answer, objection or other responsive pleading to the Supplemental Application for Compensation. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon.

Counsel for Debtor certifies that the Application is unopposed and that the Order can be signed granting the requested relief.

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

GELLERT SEITZ BUSENKELL & BROWN, LLC

Dated: 9/6/2024    By:  /s/Michael A. Cataldo
　　　　　　　　　　　　Michael A. Cataldo, Esquire
　　　　　　　　　　　　901 Market Street
　　　　　　　　　　　　Suite 3020
　　　　　　　　　　　　Philadelphia, PA 19107
　　　　　　　　　　　　215-238-0015
　　　　　　　　　　　　mcataldo@gsbblaw.com

*Counsel for the Debtor*