# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Rasheedah Naima Morgan                             Chapter 13: 23-13438pmm

## ORDER

Upon Consideration of the Supplemental Fee Application of Michael A. Cataldo, Esquire for Gellert Seitz Busenkell & Brown, LLC it is **ORDERED** that the Application is **GRANTED**.

Post-Confirmation, supplemental attorney fees are approved to Gellert, Seitz, Busenkell & Brown, LLC. in the amount of $750.00 with the unpaid balance of $750.00 to be paid through the terms of the court approved first modified plan to the extent funds are available and consistent with the first modified plan.

BY THE COURT

9/10/24

*Patricia M. Mayer*
_____

Patricia M. Mayer
United States Bankruptcy Judge