**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Rasheedah Naima Morgan                Chapter 13: 23-13438pmm

**ORDER GRANTING MOTION TO MODIFY PLAN**

**AND NOW** upon consideration of the Debtor's Motion to Modify the Confirmed chapter 13 Plan (doc # 33, the " Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and
2) The Modified Plan (doc# 32) is **approved.**

Date  9/11/24

_____

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE